tional on its face. Furthermore, we held in *Gonzalez-Longoria* that § 16(b) is constitutional as applied to Texas family-violence assault convictions, like Abimel-Medellin's, that "consisted of intentionally, knowingly, or recklessly caus[ing] bodily injury to another." *Id.* at 678; *see also* TEX. PENAL CODE ANN. § 25.11(a); TEX. PENAL CODE ANN. § 22.01(a)(1). Thus, *Gonzalez-Longoria* forecloses both of Abimel-Medellin's constitutional arguments.

The Government has filed an unopposed motion for summary affirmance based on Abimel-Medellin's concession that *Gonzalez-Longoria* forecloses his issues on appeal. The motion for summary affirmance is GRANTED, and the district court's judgment is AFFIRMED. The Government's alternative motion for an extension of time to file a brief is DENIED as unnecessary.

Anthony C. Kenney, Pro Se

Before JOLLY, SMITH, and HAYNES, Circuit Judges.

PER CURIAM: *

Anthony C. Kenney filed a notice of appeal after the magistrate judge recommended dismissing Kenney's in forma pauperis complaint as frivolous under 28 U.S.C. § 1915(e)(2)(B). Our jurisdiction does not extend to the magistrate judge's non-final decision. *See United States v. Cooper*, 135 F.3d 960, 961-63 (5th Cir. 1998). Accordingly, the appeal is DISMISSED, and Kenney's motion for leave to proceed in forma pauperis on appeal is DENIED.

---

**Anthony C. KENNEY, Plaintiff-Appellant**

v.

**SEDGWICK CLAIMS MANAGEMENT NATIONAL; Brookshire Foodmart; Brad Brookshires, Owner, Defendants-Appellees**

No. 16-11600

United States Court of Appeals, Fifth Circuit.

Filed July 31, 2017

**John D. HILLIN, Petitioner-Appellant**

v.

**D.J. HARMON, Warden, Federal Correctional Institution Seagoville, Respondent-Appellee**

No. 16-11642
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Filed July 31, 2017

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.